ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants
    Las Vegas Metropolitan Police
    Department, Deputy Chief Richard Suey,
    and Corrections Officer Kevin Gale

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JOSEPH BARRESE,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DEPUTY CHIEF RICHARD SUEY, in his individually and in his official capacity; CORRECTIONS OFFICER KEVIN GALE, individually and in his capacity; DOES 1 through 10, individually and/or in his official capacity; DOE CORRECTIONS EMPLOYEES I through 10, individually and/or in the official capacity; ROE CORPORATIONS I through 10, Foreign and/or Domestic Corporations,<br><br>    Defendants. | CASE NO. 2:18-cv-1671-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including September 3, 2019. In addition, the parties request that the deadlines for expert disclosure, rebuttal expert disclosure, joint interim status report, dispositive motions, and pretrial order also be extended as outlined herein. In support of this Stipulation and Request, the parties state as follows:

    1.    On November 16, 2018, Plaintiff filed his first Amended Complaint in the United States District Court, Clark County, Nevada.

4826-8204-7626.1

2. On December 7, 2018, Defendants filed their Answer to Plaintiff's First Amended Complaint.

## DISCOVERY REMAINING

1. Defendants will take the deposition of Plaintiff.

2. The parties will complete all written discovery.

3. The Plaintiff will take the depositions of the named Defendants.

4. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are exploring the possibility of resolution of the case.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4.

…

…

…

…

…

…

…

…

4826-8204-7626.1

2

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | June 5, 2019 | Tuesday, September 3, 2019 |
| Amendment to Pleadings | March 7, 2019 | Closed |
| Interim Status Report | April 6, 2019 | Friday, July 5, 2019 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | April 6, 2019 | Friday, July 5, 2019 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | May 6, 2019 | Monday, August 5, 2019 |
| Dispositive Motions | July 5, 2019 | Thursday, October 3, 2019, or at least thirty (30) days after the close of discovery |
| Joint Pretrial Order | August 2, 2019 | Monday, November 4, 2019, or at least thirty (30) days after the decision of last Dispositive Motions |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

…
…
…
…
…
…
…

4826-8204-7626.1

3

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of June 5, 2019, up to and including September 3, 2019, and that the other remaining discovery dates also be extended as outlined in accordance with the table above.

Dated this 14th day of March, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendants*

Dated this 14th day of March, 2019.

MORTON LAW, PLLC

*/s/ Nadine M. Morton*
NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
11700 West Charleston Blvd.
Suite 170-65
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE