NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
**MORTON LAW, PLLC**
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
(702) 718-3000 Telephone
(702) 435-9828 Facsimile
nadine@mortonlawnv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH BARRESE,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DEPUTY CHIEF RICHARD SUEY, individually and in his official capacity; CORRECTIONS OFFICER KEVIN GALE, individually and in his official capacity; DOES 1 through 10, individually and/or in their official capacities; DOE CLASSIFICATION EMPLOYEES 1 through 10, individually and/or in their official capacity; ROE CORPORATIONS 1 through 10, Foreign and/or Domestic Corporations,<br><br>Defendants. | Case No.: 2:18-cv-1671-KJD-EJY<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND ORDER** |



Attorney Nadine M. Morton, of Morton Law, PLLC, brings this Motion to Remove Counsel, A.J. Sharp, from CM/ECF Service/Mailing List and Request Discontinuance of Notice, as he is not associated counsel for Plaintiff nor is employed with Morton Law, PLLC.

DATED THIS 22nd day of March, 2021.

**MORTON LAW, PLLC**

*/s/ Nadine M. Morton*

NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
*Attorney for Plaintiff*

IT IS SO ORDERED THIS 22nd DAY OF MARCH, 2021.

UNITED STATES MAGISTRATE JUDGE