NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
**MORTON LAW, PLLC**
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135
(702) 718-3000 Telephone
(702) 435-9828 Facsimile
nadine@mortonlawnv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH BARRESE, | Case No.: 2:18-cv-1671-KJD-EJY |
| Plaintiff, | **REQUEST TO APPEAR BY AUDIO VISUAL MEANS** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, DEPUTY CHIEF RICHARD SUEY, individually and in his official capacity; CORRECTIONS OFFICER KEVIN GALE, individually and in his official capacity; DOES 1 through 10, individually and/or in their official capacities; DOE CLASSIFICATION EMPLOYEES 1 through 10, individually and/or in their official capacity; ROE CORPORATIONS 1 through 10, Foreign and/or Domestic Corporations, | |
| Defendannt | |

- 1 -

NADINE MORTON, Esq. respectfully requests to appear by audio/visual means at the hearing scheduled for May 16, 2022, at 10:30 a.m. for the following reasons: I have at least two justice court cases scheduled for 9:00 a.m. and four district court hearings scheduled for 9:00 a.m. and one pretrial hearing scheduled at 10:00 a.m. These hearings are in the jurisdiction of Nye County, at least one hours from the 333 Las Vegas Blvd South, Las Vegas, Nevada. A majority (approximately ninety percent) of the cases were scheduled prior to the issuance of this Court's Order, which was signed on May 5, 2022.

Counsel for Defendant, Mr. Robert Freeman, Esq., has no opposition to my remote appearance.

DATED THIS 13th day of MAY, 2022.

**MORTON LAW, PLLC**
/s/ Nadine M. Morton

_____
NADINE M. MORTON, ESQ.
Nevada Bar No. 8583
11700 West Charleston Boulevard
Suite 170-65
Las Vegas, NV 89135

//

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiff's counsel shall call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 13, 2022