UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSEPH BARRESE,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DEPUTY CHIEF RICHARD SUEY, individually and in his official capacity; CORRECTIONS OFFICER KEVIN GALE, individually and in his official capacity; DOES 1 through 10, individually and/or in their official capacities; DOE CLASSIFICATION EMPLOYEES 1 through 10, individually and/or in their official capacity; ROE CORPORATIONS 1 through 10, Foreign and/or Domestic Corporations,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:18-cv-01671-KJD-EJY<br><br>**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Before the Court for consideration is the Report and Recommendation (ECF #56) containing the findings and recommendations of Magistrate Judge Elayna J. Youchah entered June 24, 2022, recommending that Plaintiff's action be dismissed with prejudice. Plaintiff did not object. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations containing the findings and recommendations of Magistrate Judge Youchah, entered June 24, 2022, should be **ADOPTED** and **AFFIRMED**.

//

//

//

//

//

      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #56) is **ADOPTED** and **AFFIRMED** and Plaintiff's case is dismissed with prejudice.

Dated this 11th day of July, 2022.

                                                    _____
                                                  Kent J. Dawson
                                                  United States District Judge